**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Kimberly E., Kenneth A. W., Sr., and Joshua M.,
Defendants,

Of whom, Kimberly E. is the Appellant,

In the interest of two minor children under the age of 18.

Appellate Case No. 2011-198046

———————

Appeal From Union County
W. Thomas Sprott, Jr., Family Court Judge

———————

Unpublished Opinion No. 2012-UP-631
Submitted November 1, 2012 – Filed November 21, 2012

———————

**AFFIRMED**

———————

William Cory Hughes, of Law Office of W. Cory
Hughes, LLC, of Greenville, for Appellant.

John Corbitt Hinson, III, of South Carolina Department
of Social Services, of Rock Hill; and Oshun Cyrus

Hinton, of Law Offices of O. Cyrus Hinton, PA, of Rock Hill, for Respondent.

Vanessa Cason, of Greenville, for Guardian ad Litem.

---

**PER CURIAM:**  Kimberly E. appeals a family court order terminating her parental rights to her minor children:  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011).  Upon a thorough review of the record pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.